UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

WILBER ROGELIO GARCIA TECU,

Petitioner,

v.

MARKWAYNE MULLIN, *in his official capacity as Secretary of the U.S. Department of Homeland Security*; TODD BLANCHE, *in his official capacity as Attorney General of the United States*; KENNETH GENALO, *in his official capacity as Field Office Director, New York Field Office, U.S. Immigration and Customs Enforcement*; RAUL MALDONADO, JR., *in his official capacity as Warden of the Metropolitan Detention Center, Brooklyn*,

Respondents.

**TEMPORARY RESTRAINING ORDER**
26-CV-5265 (NRM)

**NINA R. MORRISON**, United States District Judge:

This Court previously entered a Temporary Restraining Order ("TRO") on September 9, 2026, ECF No. 13. The Court is now in receipt of Respondents' submissions in response to this Order. ECF Nos. 15, 16. In order to give time to consider the parties' submissions — including a copy of the notice provided to Petitioner in advance of his July 22, 2019 removal hearing, *see* ECF No. 16 —, the Court *sua sponte* extends the TRO for fourteen days for good cause, while it considers the merits of the Petition. All terms as enumerated in the original TRO, ECF No. 13, remain in effect during this period.

The **Temporary Restraining Order** shall now expire on **October 7, 2026 at**

**1:00 P.M.** unless it is extended by further Order of this Court for good cause shown. *See* Fed. R. Civ. P. 65(b)(2).

**SO ORDERED.**

*/s/ Nina R. Morrison*
NINA R. MORRISON
United States District Judge

Dated: September 23, 2026 at 11:00 A.M.
Brooklyn, New York